IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00184-CR

 

Robert Paul Haveman,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 54th District Court

McLennan County, Texas

Trial Court # 2002-482-C

 



MEMORANDUM 
Opinion



 

Appellant has filed a motion to dismiss this
appeal, requesting that the Court withdraw his notice of appeal and dismiss the
appeal under Rule of Appellate Procedure 42.2. 
The motion is granted, and the appeal is dismissed.

PER CURIAM

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion delivered and filed February 9, 2005

Do not publish

[CR25]